IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GORDON ORR,       : | |
|     Plaintiff,      : | |
|                : | |
| v.       : | CIVIL ACTION 14-00541-KD-B |
|                : | |
| BATTLE HOUSE HOTEL,    : | |
|     Defendant.      : | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 14, 2015, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to obey the Court's order and for failure to prosecute, as no other lesser sanction will suffice.

**DONE** and **ORDERED** this the **4th** day of **February 2015.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**